LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536; Fax: (702) 386-6812
Attorney for Plaintiff Catharina Costa and
Plaintiff Donald Sommers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

CATHARINA COSTA and
DONALD SOMMER,

      Plaintiffs,

vs.

GLOBAL EXPERIENCE SPECIALISTS, INC., a Nevada Corporation and subsidiary of VIAD CORP.; VIAD CORP., a foreign corporation and was doing business as EXPO SERVICES, and XYZ COMPANIES I through L;

      Defendants.

Case No.   2:14-cv-00153-RFB-PAL

_____/

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**(FIRST REQUEST)**

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree to extend the time for the Plaintiffs, Catharina Costa, and Donald Sommer, to file their response to Defendants' motion for summary judgment, which was filed on November 13, 2015, from the current deadline of December 7, 2015 to December 18, 2015. This is the first extension of time requested by Plaintiffs' counsel. This stipulation is made in good faith and not for the purpose of delay. Counsel for both

////
////
////
////
////

parties agree, pursuant to Local Rules 6-1 and 6-2, to extended Plaintiffs' response deadline to December 18, 2015 based upon the upcoming holidays.

RESPECTFULLY SUBMITTED.

DATED this 24th day of November, 2015.                    DATED this 24th day of November, 2015.

LAW OFFICES OF DANIEL MARKS                               FISHER & PHILLIPS, LLP


/s/ Daniel Marks                                          /s/ Scott Mahoney
DANIEL MARKS, ESQ.                                        SCOTT M. MAHONEY, ESQ.
Nevada State Bar No. 002003                               Nevada State Bar No. 001099
610 South Ninth Street                                    3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89101                                   Las Vegas, Nevada 89169
Attorney for Plaintiffs                                   Attorney for Defendants

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 2nd day of December, 2015.

2