LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536; Fax: (702) 386-6812
Attorney for Plaintiff Catharina Costa and
Plaintiff Donald Sommers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CATHARINA COSTA and DONALD SOMMER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GLOBAL EXPERIENCE SPECIALISTS, INC., a Nevada Corporation and subsidiary of VIAD CORP.; VIAD CORP., a foreign corporation and was doing business as EXPO SERVICES, and XYZ COMPANIES I through L;<br><br>　　　　Defendants.<br>_____/ | Case No.　　2:14-cv-00153-RFB-PAL |

### STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### (SECOND REQUEST)

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree to extend the time for the Plaintiffs, Catharina Costa, and Donald Sommer, to file their response to Defendants' motion for summary judgment, which was filed on November 13, 2015, from the current deadline of December 18, 2015 to December 28, 2015. This is the Plaintiffs' counsel's second request for an extension of time. This stipulation is made in good faith and not for the purpose of delay. Counsel for both parties agree, pursuant to Local Rules 6-1 and 6-2, to extended Plaintiffs' response deadline to

////
////
////
////

1  December 28, 2015 based upon unforseen scheduling conflicts that arose in other matters, which required
2  the undersigned counsel's immediate attention.
3  RESPECTFULLY SUBMITTED.
4  DATED this  17th  day of December, 2015.          DATED this 17th  day of December, 2015.
5  LAW OFFICES OF DANIEL MARKS               FISHER & PHILLIPS, LLP

7  /s/ Daniel Marks                                               /s/ Scott Mahoney
   DANIEL MARKS, ESQ.                                    SCOTT M. MAHONEY, ESQ.
   Nevada State Bar No. 002003                          Nevada State Bar No. 001099
8  610 South Ninth Street                                     3800 Howard Hughes Parkway, Suite 950
   Las Vegas, Nevada 89101                               Las Vegas, Nevada 89169
9  Attorney for Plaintiffs                                        Attorney for Defendants

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated:  December 24, 2015.

2