FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 South Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: smahoney@laborlawyers.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATHARINA COSTA, and DONALD SOMMER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GLOBAL EXPERIENCE SPECIALISTS, INC., a Nevada Corporation and subsidiary of VIAD CORP.; VIAD CORP., a foreign corporation and was doing business as EXPO SERVICES, and XYZ COMPANIES I though L,<br><br>　　　　Defendants. | Case No. 2:14-cv-00153-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT BRIEFS**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including February 13, 2016 to reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment (docket #50) and to oppose Plaintiffs' Motion to Strike (docket #51).  Defendants' Motion for Summary Judgment was filed on November 13, 2015, and Plaintiff's Motion to Strike was filed on December 28, 2015.  This is the first request for an extension of these deadlines.  Defense counsel will be out of the office on vacation from January 11-21, and has dispositive motion deadlines in other cases both before vacation and shortly after return from vacation (February 1, 2016), as well as various other deadlines and

- 1 -

31340841

scheduled matters.

IT IS FURTHER STIPULATED AND AGREED that Plaintiffs will have an extension of time up to and including February 13, 2016 to reply to Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment (docket #52). Plaintiffs' Motion for Partial Summary Judgment on Liability was filed on November 13, 2015. This is the first request for an extension of this deadline. Counsel needs additional time due to other deadlines and scheduled matters.

FISHER & PHILLIPS LLP

By: /s/ Scott M. Mahoney, Esq.
Scott M. Mahoney, Esq.
300 South Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendants

LAW OFFICE OF DANIEL MARKS

By: /s/ Daniel Marks, Esq.
Daniel Marks, Esq.
610 S. Ninth Street
Las Vegas, NV 89101
Attorneys for Plaintiffs

IT IS SO ORDERED:

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 11th day of January, 2016.

31340841

- 2 -