LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536; Fax: (702) 386-6812
Attorney for Plaintiff Catharina Costa and
Plaintiff Donald Sommers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

CATHARINA COSTA and
DONALD SOMMER,

      Plaintiffs,

vs.

GLOBAL EXPERIENCE SPECIALISTS, INC., a
Nevada Corporation and subsidiary of VIAD CORP.;
VIAD CORP., a foreign corporation and was doing
business as EXPO SERVICES, and XYZ
COMPANIES I through L;

      Defendants.

_____/

Case No.   2:14-cv-00153-RFB-PAL

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT BRIEFS**
**(SECOND REQUEST)**

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree pursuant to Local Rules 6-1 and 6-2 to extend the time for the Plaintiffs, Catharina Costa, and Donald Sommer, to file their Reply to Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment on Liability (docket # 52) from February 13, 2016 to February 22, 2016. Plaintiffs' Motion for Partial Summary Judgment on Liability was filed on November 13, 2015. This is the second request for an extension of this deadline. Counsel needs additional time due to other deadlines and scheduling matters.

////
////
////
////

The parties further stipulate and agree pursuant to Local Rules 6-1 and 6-2 to extend the time for the Defendants to file their Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment (docket #50) and to Oppose Plaintiff's Motion to Strike (docket #51) from February 13, 2016 to February 22, 2016. Defendants' Motion for Summary Judgment was filed on November 13, 2015, and Plaintiffs' Motion to Strike was filed on December 28, 2015. This is the second request for an extension of these deadlines. Counsel needs additional time due to other deadlines and scheduling matters.

RESPECTFULLY SUBMITTED.

DATED this 11th day of February, 2016.

LAW OFFICES OF DANIEL MARKS

/s/ Daniel Marks
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
Attorney for Plaintiffs

DATED this 11th day of February, 2016.

FISHER & PHILLIPS, LLP

/s/ Scott Mahoney
SCOTT M. MAHONEY, ESQ.
Nevada State Bar No. 001099
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169
Attorney for Defendants

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated: February 14, 2016.