LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536; Fax: (702) 386-6812
Attorney for Plaintiff Catharina Costa and
Plaintiff Donald Sommers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

CATHARINA COSTA and
DONALD SOMMER,

       Plaintiffs,                             Case No.      2:14-cv-00153-RFB-PAL

vs.

GLOBAL EXPERIENCE SPECIALISTS, INC., a
Nevada Corporation and subsidiary of VIAD CORP.;    **STIPULATION TO RESCHEDULE**
VIAD CORP., a foreign corporation and was doing    **THE SETTLEMENT CONFERENCE**
business as EXPO SERVICES, and XYZ    **(First Request)**
COMPANIES I through L;

       Defendants.
_____/

       COMES NOW the parties, by and through their undersigned counsel, pursuant to Local Rule 16-5 hereby submit the following Stipulation:

       The parties by and through undersigned counsel agree and stipulate to reschedule the Settlement Conference set for September 30, 2016 at the hour of 9:30 a.m. as Plaintiffs' counsel is currently scheduled to attend the Nevada Justice Association Conference in Vancouver, British Columbia from September 29, 2016 through October 1, 2016.

/ / / /

/ / / /

/ / / /

/ / / /

It is therefore requested that this Court continue the Settlement Conference to the earliest available date after September 30, 2016.

DATED this 30th day of August, 2016.            DATED this 30th day of August, 2016.

LAW OFFICES OF DANIEL MARKS            FISHER & PHILLIPS, LLP


/s/ Daniel Marks                                          /s/ Scott Mahoney
DANIEL MARKS, ESQ.                               SCOTT M. MAHONEY, ESQ.
Nevada State Bar No. 002003                      Nevada State Bar No. 001099
610 South Ninth Street                                3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89101                           Las Vegas, Nevada 89169
Attorney for Plaintiffs                                   Attorney for Defendants

## ORDER

   IT IS ORDERED that the settlement conference currently scheduled for September 30, 2016, at 9:30 a.m. is **VACATED** and **CONTINUED** to October 27, 2016, at 1:30 p.m., in Chambers, Room 3071.

   IT IS FURTHER ORDERED that confidential settlement statements shall be due to Chambers, Room 3071, no later than 4:00 p.m., October 20, 2016.

   IT IS FURTHER ORDERED that all other instructions within the original Order Scheduling Settlement Conference (ECF No. 64) shall remain in effect.

   Dated this 6th day of September, 2016.

Peggy A. Leen
United States Magistrate Judge