1  LAW OFFICE OF DANIEL MARKS
   DANIEL MARKS, ESQ.
2  Nevada Bar No. 002003
   610 South Ninth Street
3  Las Vegas, Nevada 89101
   (702) 386-0536; Fax: (702) 386-6812
4  Attorney for Plaintiff Catharina Costa and
   Plaintiff Donald Sommer
5

6              IN THE UNITED STATES DISTRICT COURT

7                 FOR THE DISTRICT OF NEVADA

8  CATHARINA COSTA and
   DONALD SOMMER,
9
              Plaintiffs,                    Case No.    2:14-cv-00153-RFB-PAL
10
   vs.
11

12 GLOBAL EXPERIENCE SPECIALISTS, INC., a
   Nevada Corporation and subsidiary of VIAD CORP.;     **STIPULATION AND ORDER TO**
13 VIAD CORP., a foreign corporation and was doing      **CONTINUE THE TELEPHONIC**
   business as EXPO SERVICES, and XYZ                   **STATUS CHECK**
14 COMPANIES I through L;                               **(First Request)**

15            Defendants.

16 _____/

17        COMES NOW the parties, by and through their undersigned counsel, pursuant to Local Rule 16-5

18 hereby submit the following Stipulation:

19        The parties by and through undersigned counsel agree that the parties are still attempting to resolve

20 this matter and request to have additional time, up to and including November 23, 2016 to do so. The

21

22 parties request and stipulate to continue the telephonic status check currently set for November 14, 2016

23 at 1:45 with Judge Leen to the next available date after November 23, 2016.

24 / / / /

25 / / / /

26

27 / / / /

28 / / / /

It is therefore requested that this Court continue the telephonic status check to the next available date after November 23, 2016.

DATED this 10th day of November, 2016.

LAW OFFICES OF DANIEL MARKS

/s/ Daniel Marks
DANIEL MARKS, ESQ.
Nevada State Bar No.  002003
610 South Ninth Street
Las Vegas, Nevada 89101
Attorney for Plaintiffs

DATED this 10th day of November, 2016.

FISHER & PHILLIPS, LLP

/s/ Scott Mahoney
SCOTT M. MAHONEY, ESQ.
Nevada State Bar No. 001099
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169
Attorney for Defendants

## ORDER

IT IS SO ORDERED. The telephonic status check is continued from November 14, 2016 at 1:45 p.m. to November 28, 2016, at 3:00 p.m.  Plaintiff's counsel shall get defense counsel on the line and initiate the conference call to chambers at (702) 464-5570.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this  14th  day of  November , 2016.