FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1 | FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
2 | Nevada Bar No. 1099
300 South Fourth Street
3 | Suite 1500
Las Vegas, NV 89101
4 | Telephone: (702) 252-3131
5 | E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendant,
6 | Global Experience Specialists, Inc.

7

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA**

10 | CATHARINA COSTA, and ) 
DONALD SOMMER ) Case No. 2:14-cv-00153-RFB-PAL
11 | )
Plaintiffs, )
12 | ) **STIPULATION AND ORDER FOR**
13 | vs. ) **DISMISSAL**
)
14 | GLOBAL EXPERIENCE SPECIALISTS, )
INC., a Nevada Corporation and subsidiary )
15 | of VIAD CORP.; VIAD CORP., a foreign )
corporation and was doing business as EXPO )
16 | SERVICES, and XYZ COMPANIES I )
though L, )
17 | )
)
18 | Defendants. )
_____ )
19

20 |     IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of

21 | record that this matter be dismissed with prejudice, with each party to bear their own

22

23

24

25

26

27

28

32644106

- 1 –

1  costs and attorney's fees.

2  FISHER & PHILLIPS LLP

LAW OFFICE OF DANIEL MARKS

3  By: /s/ Scott M. Mahoney, Esq.

4      Scott M. Mahoney, Esq.
       300 South Fourth Street

5      Suite 1500
       Las Vegas, Nevada 89101

6      Attorneys for Defendants

By: /s/ Daniel Marks, Esq.
    Daniel Marks, Esq.
    610 S. Ninth Street
    Las Vegas, NV 89101
    Attorneys for Plaintiffs

7

8  IT IS SO ORDERED:

9

RICHARD F. BOULWARE, II

10  United States District Judge
    Dated: February 27, 2017.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

32644106

- 2 -